**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>    Debtor, | Case No. 18-51587<br>Chapter 7 |
| ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, INFOWARS HEALTH, LLC, and PRISON PLANET TV, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERICA L. GARBATINI a/k/a Erica Lafferty,<br><br>Defendant. | Adv. Case No. 21-05009<br><br>**NOTICE OF APPEARANCE and REQUEST FOR NOTICES** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the Appearance of Jay M. Wolman of the firm Randazza Legal Group, PLLC, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103, (702) 420-2001, as counsel for Plaintiffs-Creditors Alex E. Jones, Free Speech Systems, LLC, Infowars, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively "Plaintiffs"), in the above-captioned matter. Attorney Wolman is admitted to practice in this Court. The Clerk of the Court and the opposing party will be informed of any change in address.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007, the undersigned counsel requests that all notices given or required to be given in this case, and all papers served in this case, be given and served upon the undersigned at the office, post office address, electronic mail address, and telephone number set forth herein.

Pursuant to L.B.R. 9010-1(b), the foregoing pleading is being served upon the debtor,

trustee, and the U.S. Trustee.

Dated: September 13, 2021.            Respectfully submitted,
                                      /s/ Jay M. Wolman
                                      Jay M. Wolman – ct29129 of
                                      Randazza Legal Group, PLLC
                                      100 Pearl Street, 14th Floor
                                      Hartford, CT 06103
                                      P: 702-420-2001
                                      F: 305-437-7662
                                      ecf@randazza.com
                                      *Counsel for Plaintiffs-Creditors Alex E. Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, & Prison Planet TV, LLC*