# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: pesposito | Date Created: 9/13/2021 |
| Case: 21–05009 | Form ID: 115 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty      Jay Marshall Wolman      jmw@randazza.com

                                                                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Alex E. Jones      c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103
pla      Free Speech Systems, LLC      c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103
pla      Infowars, LLC      c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103
pla      Infowars Health, LLC      c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103
pla      Prison Planet TV, LLC      c/o Randazza Legal Group, PLLC      100 Pearl Street      14th Floor      Hartford, CT 06103
ust      U. S. Trustee      Office of the U.S. Trustee      Giaimo Federal Building      150 Court Street, Room 302      New Haven, CT 06510 USA
ust      U. S. Trustee Region 1      Office of The United States Trustee      446 Main Street, 14th Floor      Worcester, MA 01608 USA

                                                                                                                                                      TOTAL: 7