## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| IN RE: | ) | CASE NO. | 18-51587 |
| | ) | | |
| ERICA L. GARBATINI, | ) | CHAPTER | 7 |
|     DEBTOR. | ) | | |
| | ) | | |
| ALEX E. JONES; FREE SPEECH | ) | | |
| SYSTEMS, LLC; INFOWARS, LLC; | ) | ADV. PRO. NO. | 21-5009 |
| INFOWARS HEALTH, LLC; AND | ) | | |
| PRISON PLANET TV, LLC, | ) | | |
|     PLAINTIFFS, | ) | | |
| | ) | | |
| V. | ) | | |
| | ) | RE: ECF NO. | 7, 8 |
| ERICA L. GARBATINI, | ) | | |
|     DEFENDANT. | ) | | |

### ORDER GRANTING DEFENDANT'S MOTION TO STAY AND MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Alex E. Jones *et al.* (the "Plaintiffs") commenced this adversary proceeding by filing a one-count complaint (the "Complaint") against Erica L. Garbatini (the "Defendant") on September 13, 2021. On October 8, 2021, the Defendant filed a Motion to Stay Adversary Proceeding (the "Motion to Stay," ECF No. 7) and a Motion to Extend Time to File Responsive Pleading (the "Motion to Extend," ECF No. 8).

In the Motion to Stay, the Debtor seeks to stay this adversary proceeding until the resolution of an action pending in Connecticut Superior Court, *Lafferty, Erica, et al. v. Jones, Alex Emric, et al.*, Docket No. UWY-CV18-6046436-S (the "State Court Action"). In the Motion to Extend, the Debtor seeks until 10 business days after the Court enters a ruling on the Motion to Stay to file a responsive pleading to the Complaint. The deadline for filing a response

to the Motion to Stay and the Motion to Extend was October 29, 2021.  The Plaintiffs have not filed a response to the Motion to Stay or the Motion to Extend.

Upon consideration of the Motion to Stay and the Motion to Extend, and under the specific facts and circumstances of this case, is it hereby

**ORDERED:** The Motion to Stay is granted and this adversary proceeding is stayed until further order of this Court; and it is further

**ORDERED:** Due to the entry of this Order staying this adversary proceeding, the date by which the Defendant shall file a responsive pleading, if at all, will be determined upon further order of the Court; and it is further

**ORDERED:** The hearing on the Motion for Stay, the hearing on the Motion to Extend, and the pretrial conference scheduled to be held on November 16, 2021 at 11:00 a.m. will not be held in light of the entry of this Order.

Dated at Bridgeport, Connecticut this 8th day of November, 2021.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut