**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | Case No. 18-51587<br>Chapter 7 |
| ERICA L. GARBATINI, | |
| Debtor, | |
| ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, INFOWARS HEALTH, LLC, and PRISON PLANET TV, LLC, | Adv. Case No. 21-05009 |
| Plaintiffs, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| ERICA L. GARBATINI a/k/a Erica Lafferty, | |
| Defendant. | |

Undersigned counsel, as attorney for the Plaintiffs-Creditors, Alex E. Jones, Free Speech Systems, LLC, Infowars, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively "Plaintiffs"), pursuant to Local Bankr.R.9083-4/D. Conn. L. Civ. R. 7(e), hereby moves this court for entry of an order permitting the withdrawal of Jay M. Wolman, as attorney for Plaintiffs and states:

1.  Plaintiffs have terminated the services of movants Jay M. Wolman and Randazza Legal Group, PLLC, in this matter.

2.  Conn. R. Prof. Conduct 1.16(a)(3) requires a lawyer to withdraw from representation if the lawyer is discharged.

3.  Therefore, good cause exists to permit the withdrawal.

4.  Undersigned anticipates that substitute counsel for Plaintiffs will enter their appearance in this matter. However, even in the absence of a substitution, proceedings regarding Plantiffs-Creditors are presently stayed.  (Administrative Case ECF No. 146; Adv. ECF No. 12). Thus, withdrawal can be accomplished without material adverse effect on the interest of the Plaintiffs.

5.   As set forth in the accompanying certificate of service, Plaintiffs are receiving actual notice of this motion.  Plaintiffs are otherwise hereby advised that failure to either engage successor counsel or file a personal appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

6.   No party will suffer any prejudice by reason of this withdrawal.

WHEREFORE, undersigned counsel respectfully requests that this Court permits the withdrawal of undersigned counsel.

Dated: April 8, 2022.                    Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman – ct29129 of
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
P: 702-420-2001
F: 305-437-7662
ecf@randazza.com

*Counsel for Creditors*
*Alex E. Jones, Infowars, LLC,*
*Free Speech Systems, LLC,*
*Infowars Health, LLC, and*
*Prison Planet TV, LLC*

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Further, a true and correct copy of the foregoing document has been served upon Plaintiffs this day by First Class mail, postage prepaid, as follows:

Free Speech Systems, LLC
PO Box 19549
Austin, TX 78760

Infowars, LLC
3005 S. Lamar Blvd, Ste. D109 317
Austin, DC 78704

Infowars Health, LLC
PO Box 19549
Austin, TX 78760

Prison Planet TV, LLC
3005 S. Lamar Blvd, Ste. D109 317
Austin, DC 78704

Alex Jones
PO Box 19549
Austin, TX 79760

/s/ Jay M. Woman ct29129
Jay M. Wolman