## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>Debtor, | Case No. 18-51587<br>Chapter 7 |
| ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, INFOWARS HEALTH, LLC, and PRISON PLANET TV, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA L. GARBATINI a/k/a Erica Lafferty,<br><br>Defendant. | Adv. Case No. 21-05009 |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Movants, Jay M. Wolman and Randazza Legal Group, PLLC, who appeared in this matter as counsel for Plaintiffs-Creditors Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "Movants"), have filed a Motion to Withdraw as Counsel  (the "Motion", ECF No. 14).

Movants have been discharged by the said Plaintiffs and no party will suffer any prejudice by such withdrawal.  After notice and a hearing, the Court finds that that good cause exists to permit Movants to withdraw; it is hereby

**ORDERED:**  The Motion is allowed.  The Clerk shall remove the appearance of Jay M. Wolman and Randazza Legal Group, PLLC, as counsel for Plaintiffs on the docket.

1

United States Bankruptcy Court

District of Connecticut

450 Main Street, 7th Floor

Hartford, CT 06103