# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>ERICA L. GARBATINI,<br><br>    Debtor, | Case No. 18-51587<br>Chapter 7 |
| ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, INFOWARS HEALTH, LLC, and PRISON PLANET TV, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ERICA L. GARBATINI a/k/a Erica Lafferty,<br><br>Defendant. | Adv. Case No. 21-05009<br><br><br>Re: ECF No. 14 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Movants, Jay M. Wolman and Randazza Legal Group, PLLC, who appeared in this matter as counsel for Plaintiffs-Creditors Alex Jones, Infowars, LLC, Free Speech Systems, LLC, Infowars Health, LLC, and Prison Planet TV, LLC (collectively, the "<u>Movants</u>"), have filed a Motion to Withdraw as Counsel (the "Motion", ECF No. 14).

Movants have been discharged by the said Plaintiffs and no party will suffer any prejudice by such withdrawal. It appears that cause exists to permit Movants to withdraw; it is hereby

**ORDERED:** The Motion is granted. The Clerk shall remove the appearance of Jay M. Wolman and Randazza Legal Group, PLLC, as counsel for Plaintiffs on the docket.

Dated at Bridgeport, Connecticut this 13th day of April, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut