# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 2, 2023

In re:
    Erica L. Garbatini
                Debtor*

Case Number: 18−51587 jam
Chapter: 7

Alex E. Jones et al.
                Plaintiff(s)
v.
Erica L. Garbatini
                Defendant(s)

Adversary Proceeding
No.: 21−05009 jam

### NOTICE OF PROPOSED DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to D.Conn.L.Civ.R. 41(a) and D.Conn.Bankr.L.R. 1001−1(b), notice of a proposed dismissal of this adversary proceeding is hereby given because no action has been taken by the parties in the above referenced adversary proceeding for six (6) months or within deadlines established by the Court. Unless action is taken within twenty−one (21) days from the date of this notice, or no satisfactory explanation of why the adversary proceeding should not be dismissed is provided, the adversary proceeding **shall be dismissed.**

Dated: March 2, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form DCLR41a.jsp − sr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.